Exhibit E

*KOOL*

Kentucky Online Offender Lookup

## Offender Information

**NOTICE: Offender data newer than 120 days might not have been finalized**

Hover your mouse over the question marks (?) for additional instructions or information

Back to Search Results

| | |
|---|---|
| Name: | CRAIG, GARY STEVEN<br>**Parole** |
| PID # / DOC #: | 28969 / 072095 |
| Supervision Begin Date: | 2/12/2003 |
| Supervision End Date: | 5/22/2006 |
| Location: | District 18 - Louisville, Jefferson County |
| Age: | 74 |
| Race: | White |
| Gender: | M |
| Eye Color: | Brown |
| Hair Color: | Brown |
| Height: | 6' 01" |
| Weight: | 202 |
| Risk Assessment Rating: | Low |



Offender Photo

## Aliases

**Alias Name**

GARY STEPHEN CRAIG

GARY STEVEN CRAIG

## Conviction Information

**Offense 1** **RAPE, 1ST DEGREE - DOMESTIC VIOLENCE**

**Time service requirement:** **Incomplete offense information found**

Indictment #: 72095
<>Crime Date: 2/11/2003
Conviction Date: 2/11/2003
Conviction County: Jefferson

Indictment Count: 001
KRS Code: 510.040
Felony Class:
Sentence Length: 99 years 0 months 0 days
Historic Percentage of Time Served for Similar Offenders: **no matching historical data**